United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 17, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-30685
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LIONEL JONES,
also known as Low Down,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:04-CR-134
--------------------

Before REAVLEY, HIGGINBOTHAM and CLEMENT, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed for Lionel Jones has moved for leave to withdraw and has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967). Our review of counsel's brief, Jones's response, and the record discloses no nonfrivolous issues for appeal. We decline to consider Jones's claim of ineffective assistance of counsel in this direct appeal, without prejudice to Jones's right to assert such claim in a motion pursuant to 28 U.S.C. § 2255. See United States v.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Navejar, 963 F.2d 732, 735 (5th Cir. 1992). Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.